UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAYEDA HAQ, | CASE NO. C19-1040-JCC |
| Plaintiff, | ORDER |
| v. | |
| ALLSTATE FIRE AND CASUALTY INSURANCE, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to remand (Dkt. No. 7). The motion is GRANTED. The Court ORDERS the following:

1. The parties' stipulation (Dkt. No. 7) is APPROVED;
2. To the extent pled, Plaintiff's claims against Defendant for (1) bad faith, (2) violation of the Insurance Fair Conduct Act, (3) violation of Washington's Consumer Protection Act, and (4) any extra-contractual claims are hereby waived and DISMISSED with prejudice and without attorney fees or costs to either party;
3. The sole remaining claim in this action is the value dispute of Plaintiff's uninsured or underinsured motorist ("UIM") claim arising from the June 3, 2016 loss;
4. This case is REMANDED to the Snohomish County Superior Court;
5. The Clerk is DIRECTED to close this case.

1 | DATED this 2nd day of August 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE